ment, they are not necessary; a district court could properly determine that other conduct satisfies § 3C1.1.

Because we are not "left with the definite and firm conviction that a mistake has been committed" by the district court in its finding on the adjustment, we do not find clear error. *See Pofahl*, 990 F.2d at 1480 (citation omitted).

### III.

For the foregoing reasons, the conviction and sentence are

AFFIRMED.

### In re INSURANCE ANTITRUST LITIGATION.

ACE CHECK CASHING, INC.; Acme Corrugated Box Company, Inc., Anastasios Markos, t/a Municipal Exxon; Bay Harbor Park Homeowner's Association, Inc.; Bensalem Township Authority; Big D Building Supply Corporation, et al., Private Plaintiffs, Plaintiffs–Appellants,

### and

State of Alabama, et al., Plaintiffs,

v.

AETNA CASUALTY AND SURETY COMPANY; Allstate Insurance Company; Cigna Corp.; Hartford Fire Insurance Company, et al., Defendants–Appellees.

STATE OF CALIFORNIA; City of Lafayette; City and County of San Francisco; County of San Benito, Plaintiffs–Appellants,

v.

INSURANCE SERVICES OFFICE, INC., CNA RE (U.K.) LTD.; Continental Reinsurance Corporation; Union–America Insurance Co.; Edwards & Payne Ltd.; Excess Insurance Co., Ltd.; General Reinsurance Corp.; Thomas A. Greene &

Company, Inc.; Kemper Reinsurance London; Lloyd's Underwriters & Brokers; Mercantile & General Reinsurance Company of America; North American Reinsurance Corporation; Oxford Syndicate Mgmt. Ltd.; (sued herein as K.F. Adler & Others (U.A.) Ltd.); Prudential Reinsurance; Reinsurance Association of America; Terra Nova Insurance Co.; Aetna Casualty and Surety Company; Allstate Insurance Company; Winterthur Reinsurance Corporation of America; Cigna Corp.; Hartford Fire Insurance Company, Defendants–Appellees.

STATE OF LOUISIANA, Cities of Baton Rouge, New Orleans, Slidell, Nachitoches and Eunice, Plaintiffs–Appellants,

v.

HARTFORD FIRE INSURANCE COMPANY; Allstate Insurance; Aetna Casualty and Surety Company; Cigna Corp., et al., Defendants–Appellees.

Nos. 89–16405, 89–16513 and 89–16531.

United States Court of Appeals, Ninth Circuit.

Oct. 6, 1993.

Before BEEZER, and NOONAN, Circuit Judges, and SINGLETON,* District Judge.

### ORDER

The judgment of the district court is reversed and the case is remanded to it for trial in accordance with the opinion of the Supreme Court. *Hartford Fire Insurance Co. v. California*, — U.S. —, 113 S.Ct. 2891, 125 L.Ed.2d 612 (1993).

---

* The Honorable James K. Singleton, United States District Judge for the District of Alaska, sitting by designation.